**B1 (Official Form 1)(04/13)**

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Theisen Machine and Tool Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**38-1987629** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**17625 23 Mile Road**<br>**Macomb, MI**<br>ZIP Code **48042** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Macomb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Theisen Machine and Tool Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s) (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Theisen Machine and Tool Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Charles D. Bullock**
Signature of Attorney for Debtor(s)

**Charles D. Bullock P55550 cbullock@sbplclaw.com**
Printed Name of Attorney for Debtor(s)

**Stevenson & Bullock, P.L.C.**
Firm Name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**

Address

**(248)354-7906  Fax: (248)354-7907**
Telephone Number

**December 18, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ralph Theisen, III**
Signature of Authorized Individual

**Ralph Theisen, III**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 18, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Eastern District of Michigan

In re   **Theisen Machine and Tool Company**        ,   Case No. _____

           Debtor

                                                     Chapter            **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ralph Theisen, III**<br>55363 Lordona Lane<br>Shelby Twp., MI 48315 | **Common** | **32%** | **Equity** |
| **Ralph Theisen, Jr.**<br>16255 Hough Road<br>Allenton, MI 48002 | **Common** | **68%** | **Equity** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 18, 2014**                Signature   **/s/ Ralph Theisen, III**
                                                        **Ralph Theisen, III**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Michigan

In re __Theisen Machine and Tool Company__                                                   Case No. _____

                              Debtor(s)                                                      Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __December 18, 2014__                        __/s/ Ralph Theisen, III__
                                                   __Ralph Theisen, III__/__President__
                                                   Signer/Title

A & C Electric
41225 Irwin Rd.
Harrison Township, MI 48045


Abrasive Brokers and Tool Sales
1695 Rochester Rd.
Troy, MI 48083


Absopure Water Company
Dept #183127
PO Box 701760
Plymouth, MI 48170


Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576


Airgas USA, LLC (Great Lakes)
6055 Rockside Woods Blvd. N
Independence, OH 44131-2329


Authority Flame Hardening
49803 Leona Dr.
New Baltimore, MI 48051


Beebe Oil Co.
4999 22 Mile Rd.
Utica, MI 48317


Busy Bee Disposal
PO Box 68
Romeo, MI 48065-0068


Chase Credit Card
PO Box 94014
Palatine, IL 60094-4014


Comcast
PO Box 7500
Southeastern, PA 19398-7500


Comcast
41112 Concept Dr.
Plymouth, MI 48170-4253

Consumer Energy
PO Box 740309
Cincinnati, OH 45274-0309


Dajaco Industries
49715 Leona Dr.
Chesterfield, MI 48051


DTE
PO Box 740786
Cincinnati, OH 45274


Fastenal
PO Box 978
Winona, MN 55987-0978


Fastenal
51032 Filomena
Utica, MI 48315


Fenn, Melstrom & Dooling, PLC
Certified Public Accountants
355 S. Old Woodward Ave, Suite 200
Birmingham, MI 48009


Flame Hardening Authority
49803 Leona Dr.
Chesterfield, MI 48051


Freeman Tax Law
2051 Villa Road
Suite 105
Birmingham, MI 48009


H & M. Tool Express, Inc.
2850 Alliacne Dr.
Unit A
Waterford, MI 48328


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Jay Welford
27777 Franklin Road, Suite 2500
Southfield, MI 48034


James M. Ureel
49715 Leona Drive
New Baltimore, MI 48051


James Ureel, Sr.
49715 Leona Dr.
Chesterfield, MI 48051


Keller Supply Co., LLC
PO Box 34
Sterling Heights, MI 48311


Law Offices of Jeff Freeman
2051 Villa Rd., Suite 105
Birmingham, MI 48009


Macomb Ace Hardware
51254 Rome Plank
Martinsdale, MT 59053


Macomb County Treasurer
Deliquent Personal Property Tax
One South Main Street - 2nd Floor
Mount Clemens, MI 48043-2312


Macomb Gerlach Agency, Inc.
PO Box 451
Mount Clemens, MI 48043


Macomb Steel
7830 Ackley Ave.
Detroit, MI 48211


Macomb Township
Karen Goodhue, Treasurer
54111 Broughton Road
Macomb, MI 48042

Macomb-Gerlach Agency, Inc.
273 Cass Ave.
PO Box 451
Mount Clemens, MI 48046-0451


Manufacturer Solutions, LLC
29759 Alexandra Lane
Chesterfield, MI 48047


MDL Mold & Components
PO Box 587
Columbus, IN 47202-0587


Metro Cutter Grinding, Inc.
PO Box 182522
Sterling Heights, MI 48311


Michigan Department of Labor &
Economic Growth
3030 W. Grand Blvd.
Suite 9-600
Detroit, MI 48202-6030


Michigan Department of Treasury
Collections/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Mowtown Snowtown, LLC
20872 30 Mile Rd.
Ray, MI 48096


Office of Collections
P.O. Box 30158
Lansing, MI 48909


Parton & Preble, Inc.
23507 Groesbeck Hwy.
Warren, MI 48089


Pin Point Welding, Inc.
50505 Metzen Dr.
Chesterfield, MI 48051

Pointe Products, Inc.
49755 Leona Dr.
Chesterfield, MI 48051


Ralph Theisen
55363 Lordona Lane
Utica, MI 48315


Ralph Theisen, Jr.
16255 Hough Road
Allenton, MI 48002


RC Grinding & Tool Co.
49669 Leona Dr.
Chesterfield, MI 48051


Romeo Computer Company
76005 Van Dyke
Romeo, MI 48065


Scion Steel
21555 Mullin
Warren, MI 48089


Snelling Staffing Services
PO Box 214059
Auburn Hills, MI 48321


State of Michigan
Department of Treasury
Dept. 77437
P.O. Box 77000
Detroit, MI 48277


State of Michigan
Unemployment Insurance Agency
3024 W. Grand Blvd.
Detroit, MI 48202


State of Michigan
Department of Attorney General
Cadillac Place
3030 West Grand Boulevard
Detroit, MI 48202

State of Michigan
Department of Treasury
Collections Division
Treasury Building
Lansing, MI 48922


Talmer Bank and Trust
Attn: Andy Harper
2301 West Big Beaver Road, Suite 525
Troy, MI 48084


Ted B. Wahby, Treasurer
Macomb County Michigan
One South Main, 2nd Floor
Mount Clemens, MI 48043


Tri-County Grinding, Inc.
21940/60 Schmeman
Warren, MI 48089


U.S. Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226


U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


Unemployment Insurance Agency
PO Box 8068
Royal Oak, MI 48068-8068


UniFirst Corp.
1300 Auburn Ave.
Pontiac, MI 48342

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Theisen Machine and Tool Company

Debtor(s)

Case No.   _____

Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Ralph Theisen, III, declare under penalty of perjury that I am the President of Theisen Machine and Tool Company, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 18th day of December, 2014.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Ralph Theisen, III, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Ralph Theisen, III, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Ralph Theisen, III, President of this Corporation is authorized and directed to employ Charles D. Bullock P55550 cbullock@sbplclaw.com, attorney and the law firm of Stevenson & Bullock, P.L.C. to represent the corporation in such bankruptcy case."

Date   12-18-14

Signed   /s/ Ralph Theisen, III
Ralph Theisen, III

Resolution of Board of Directors
of
Theisen Machine and Tool Company

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Ralph Theisen, III, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Ralph Theisen, III, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Ralph Theisen, III, President of this Corporation is authorized and directed to employ Charles D. Bullock P55550 cbullock@sbplclaw.com, attorney and the law firm of Stevenson & Bullock, P.L.C. to represent the corporation in such bankruptcy case.

Date  12-18-14                Signed  Ralph J. Theisen III

Date  12-18-14                Signed  Ralph J. Theisen Jr