B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Theisen Machine and Tool Company**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A & C Electric<br>41225 Irwin Rd.<br>Harrison Township, MI 48045 | A & C Electric<br>41225 Irwin Rd.<br>Harrison Township, MI 48045 | Business debt | | 1,520.00 |
| Abrasive Brokers and Tool Sales<br>1695 Rochester Rd.<br>Troy, MI 48083 | Abrasive Brokers and Tool Sales<br>1695 Rochester Rd.<br>Troy, MI 48083 | Business debt | | 683.20 |
| Airgas USA, LLC (Great Lakes)<br>6055 Rockside Woods Blvd. N<br>Independence, OH 44131-2329 | Airgas USA, LLC (Great Lakes)<br>6055 Rockside Woods Blvd. N<br>Independence, OH 44131-2329 | Business debt | | 1,957.26 |
| Busy Bee Disposal<br>PO Box 68<br>Romeo, MI 48065-0068 | Busy Bee Disposal<br>PO Box 68<br>Romeo, MI 48065-0068 | Business debt | | 980.00 |
| Chase Credit Card<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chase Credit Card<br>PO Box 94014<br>Palatine, IL 60094-4014 | Business debt | | 14,651.46 |
| Consumer Energy<br>PO Box 740309<br>Cincinnati, OH 45274-0309 | Consumer Energy<br>PO Box 740309<br>Cincinnati, OH 45274-0309 | Business debt | | 745.07 |
| Dajaco Industries<br>49715 Leona Dr.<br>Chesterfield, MI 48051 | Dajaco Industries<br>49715 Leona Dr.<br>Chesterfield, MI 48051 | Business debt | | 11,500.00 |
| DTE<br>PO Box 740786<br>Cincinnati, OH 45274 | DTE<br>PO Box 740786<br>Cincinnati, OH 45274 | Business debt | | 1,121.39 |
| Fenn, Melstrom & Dooling, PLC<br>Certified Public Accountants<br>355 S. Old Woodward Ave, Suite 200<br>Birmingham, MI 48009 | Fenn, Melstrom & Dooling, PLC<br>Certified Public Accountants<br>355 S. Old Woodward Ave, Suite 200<br>Birmingham, MI 48009 | Business debt | | 6,333.90 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy

14-59370-tjt    Doc 3    Filed 12/18/14    Entered 12/18/14 15:49:40    Page 1 of 3

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| H & M. Tool Express, Inc.<br>2850 Alliacne Dr.<br>Unit A<br>Waterford, MI 48328 | H & M. Tool Express, Inc.<br>2850 Alliacne Dr.<br>Unit A<br>Waterford, MI 48328 | Business debt | | 651.81 |
| Law Offices of Jeff Freeman<br>2051 Villa Rd., Suite 105<br>Birmingham, MI 48009 | Law Offices of Jeff Freeman<br>2051 Villa Rd., Suite 105<br>Birmingham, MI 48009 | Business debt | | 8,004.00 |
| Macomb Gerlach Agency, Inc.<br>PO Box 451<br>Mount Clemens, MI 48043 | Macomb Gerlach Agency, Inc.<br>PO Box 451<br>Mount Clemens, MI 48043 | Business debt | | 1,259.00 |
| Macomb Steel<br>7830 Ackley Ave.<br>Detroit, MI 48211 | Macomb Steel<br>7830 Ackley Ave.<br>Detroit, MI 48211 | Business debt | | 3,422.78 |
| Mowtown Snowtown, LLC<br>20872 30 Mile Rd.<br>Ray, MI 48096 | Mowtown Snowtown, LLC<br>20872 30 Mile Rd.<br>Ray, MI 48096 | Business debt | | 1,860.00 |
| Parton & Preble, Inc.<br>23507 Groesbeck Hwy.<br>Warren, MI 48089 | Parton & Preble, Inc.<br>23507 Groesbeck Hwy.<br>Warren, MI 48089 | Business debt | | 7,269.00 |
| RC Grinding & Tool Co.<br>49669 Leona Dr.<br>Chesterfield, MI 48051 | RC Grinding & Tool Co.<br>49669 Leona Dr.<br>Chesterfield, MI 48051 | Business debt | | 1,235.50 |
| Scion Steel<br>21555 Mullin<br>Warren, MI 48089 | Scion Steel<br>21555 Mullin<br>Warren, MI 48089 | Business debt | | 2,472.00 |
| Snelling Staffing Services<br>PO Box 214059<br>Auburn Hills, MI 48321 | Snelling Staffing Services<br>PO Box 214059<br>Auburn Hills, MI 48321 | Business debt | | 7,459.40 |
| Tri-County Grinding, Inc.<br>21940/60 Schmeman<br>Warren, MI 48089 | Tri-County Grinding, Inc.<br>21940/60 Schmeman<br>Warren, MI 48089 | Business debt | | 3,262.00 |
| UniFirst Corp.<br>1300 Auburn Ave.<br>Pontiac, MI 48342 | UniFirst Corp.<br>1300 Auburn Ave.<br>Pontiac, MI 48342 | Business debt | | 1,771.00 |

**B4 (Official Form 4) (12/07) - Cont.**
In re **Theisen Machine and Tool Company**           Case No. _____
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 18, 2014**          Signature **/s/ Ralph Theisen, III**
                                              **Ralph Theisen, III**
                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.